UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

830223
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Secured Creditor: Freedom Mortgage Corporation**

Order Filed on January 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBINSON ROSARIO

Case No: 19-26982 - VFP

Hearing Date: 01/16/2020

Judge: Vincent F. Papalia

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 16, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**NJID 830223**
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Freedom Mortgage Corporation**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE:

    ROBINSON ROSARIO

    Debtors

CASE NO. 19-26982 - VFP

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 01/16/2020

    This Consent Order pertains to the property located at 179 Cambridge Avenue, Garfield, NJ 07026, mortgage account ending with "2629";

    **THIS MATTER** having been brought before the Court by, Roman Akopian, Esquire attorney for debtors, Robinson Rosario, upon the filing of a Chapter 13 Plan, Freedom Mortgage Corporation by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS on the**     **day of**     **, 2019, ORDERED as follows:**

    1.    The debtor's plan is hereby amended to allow **$18,711.72** to be paid to Freedom Mortgage Corporation. Said amount reflects that found on Freedom Mortgage Corporation's Proof of Claim (Claim # 6).

    2.    If required by the Chapter 13 Trustee, Debtor agrees to amend his Chapter 13 Plan post-confirmation to provide for the arrears listed in Freedom Mortgage Corporation's allowed secured proof of claim (Claim # 6).

    3.    Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4.      This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**FREEDOM MORTGAGE CORPORATION**

/s/ Andrew Spivack
Andrew Spivack, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 31566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

Dated: 12/04/2019

/s/Roman Akopian                          Dated: 12/18/2019
Roman Akopian, Esquire
Attorney for debtors