| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>830223<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Freedom Mortgage Corporation** | Order Filed on January 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBINSON ROSARIO | Case No: 19-26982 - VFP<br><br>Hearing Date: 01/16/2020<br><br>Judge: Vincent F. Papalia |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 16, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**NJID 830223**
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Freedom Mortgage Corporation**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

IN RE:

ROBINSON ROSARIO

Debtors

CASE NO. 19-26982 - VFP

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 01/16/2020

This Consent Order pertains to the property located at 179 Cambridge Avenue, Garfield, NJ 07026, mortgage account ending with "2629";

**THIS MATTER** having been brought before the Court by, Roman Akopian, Esquire attorney for debtors, Robinson Rosario, upon the filing of a Chapter 13 Plan, Freedom Mortgage Corporation by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

**IT IS** on the _____ day of _____, 2019, ORDERED as follows:

1. The debtor's plan is hereby amended to allow **$18,711.72** to be paid to Freedom Mortgage Corporation. Said amount reflects that found on Freedom Mortgage Corporation's Proof of Claim (Claim # 6).

2. If required by the Chapter 13 Trustee, Debtor agrees to amend his Chapter 13 Plan post-confirmation to provide for the arrears listed in Freedom Mortgage Corporation's allowed secured proof of claim (Claim # 6).

3. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

      4.      This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**FREEDOM MORTGAGE CORPORATION**

/s/ Andrew Spivack
Andrew Spivack, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 31566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

                                                              Dated: 12/04/2019

/s/Roman Akopian                      Dated: 12/18/2019
Roman Akopian, Esquire
Attorney for debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Robinson Rosario  
    Debtor

Case No. 19-26982-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 16, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.  
db          +Robinson Rosario,    179 Cambridge Avenue,    Garfield, NJ 07026-3341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:  
        Andrew L. Spivack    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  
        Andrew L. Spivack    on behalf of Creditor    Freedom Mortgage Corporation nj.bkecf@fedphe.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Robert Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  
        Roman Akopian    on behalf of Debtor Robinson Rosario romanakopian.law@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com  
                                                                                                                            TOTAL: 9