Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−26982−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robinson Rosario
   179 Cambridge Avenue
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−4734

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/2/21 at 10:00 AM

to consider and act upon the following:

**54** − Motion to Approve Loan Modification with Freedom Mortgage Corporation Filed by Matthew K. Fissel on behalf of Freedom Mortgage Corporation. Objection deadline is 11/16/2021. (Attachments: # 1 Proposed Order # 2 Loan Modification agreement) (Fissel, Matthew)

**55** − Objection to Debtor(s) Motion to Approve Loan Modification (related document:54 Motion to Approve Loan Modification with Freedom Mortgage Corporation Filed by Matthew K. Fissel on behalf of Freedom Mortgage Corporation. Objection deadline is 11/16/2021. (Attachments: # 1 Proposed Order # 2 Loan Modification agreement) filed by Creditor Freedom Mortgage Corporation) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/3/21

                                                                             Jeanne Naughton
                                                                             Clerk, U.S. Bankruptcy Court