| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>ROBINSON ROSARIO | Case No.: 19-26982<br>Adv. No.:<br>Hearing Date:<br>Judge:  VFP |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/25/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ROBINSON ROSARIO
179 CAMBRIDGE AVENUE
GARFIELD, NJ  07026
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ROMAN AKOPIAN
THE LAW OFFICE OF ROMAN AKOPIAN
69 MERKEL DR
BLOOMFIELD, NJ  07003
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  October 25, 2022                              By:  /S/  Keith Guarneri
                                                                              Keith Guarneri