UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2019-0908

Powers Kirn, LLC
308 Harper Drive, Suite 210
Moorestown, NJ 08057
Attorney for Freedom Mortgage Corporation

In Re:

    Robinson Rosario

Order Filed on March 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-26982-VFP

Hearing Date: March 16, 2023 at 10:00 a.m.

Judge: Honorable Vincent F. Papalia

Chapter: 13

# ORDER ON MOTION FOR AUTHORIZATION
# TO ENTER INTO PARTIAL CLAIM AGREEMENT
# (CHAPTER 13)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 20, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having reviewed the Motion for Authorization to Enter into HUD Partial Claim Note and Mortgage filed on _____, as to the first mortgage held by Freedom Mortgage Corporation, concerning real property located at 179 Cambridge Ave., Garfield, NJ 07026, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

    X    The debtor is authorized to enter into the final HUD Partial Claim Note and Mortgage.

1) The HUD Partial Claim Note and Mortgage must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2) Upon the filing of the Certification required above, and absent a response from the debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim. Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the HUD Partial Claim Note and Mortgage; and

3) Unless the debtor's Plan has been confirmed with 100% paid to unsecured creditors, the debtor must file a Modified Chapter 13 Plan and Motions within 14 days of consummation of the loan modification. If the loan modification results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

4) Check one:

    X    There is no order requiring the debtor to cure post-petition arrears through the Plan; or

    _____    Post-petition arrears are capitalized into the loan modification agreement, and the Order filed on _____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

    _____    Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

5) If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 19-26982-VFP

Robinson Rosario                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                User: admin                Page 1 of 2

Date Rcvd: Mar 21, 2023          Form ID: pdf903           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robinson Rosario, 179 Cambridge Avenue, Garfield, NJ 07026-3341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023                 Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Melanie Carmela Grimes | |

on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com

Roman Akopian
    on behalf of Debtor Robinson Rosario romanakopian.law@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 10